# UNITED STATES OF AMERICA
## JUDICIAL PANEL ON MULTIDISTRICT LITIGATION

**CHAIRMAN:**
Judge Wm. Terrell Hodges
United States District Court
Middle District of Florida

**MEMBERS:**
Judge John F. Keenan
United States District Court
Southern District of New York

Judge Morey L. Sear
United States District Court
Eastern District of Louisiana

Judge Bruce M. Selya
United States Court of Appeals
First Circuit

Judge Julia Smith Gibbons
United States District Court
Western District of Tennessee

Judge D. Lowell Jensen
United States District Court
Northern District of California

Judge J. Frederick Motz
United States District Court
District of Maryland

**DIRECT REPLY TO:**
Michael J. Beck
Clerk of the Panel
One Columbus Circle, NE
Thurgood Marshall Federal
Judiciary Building
Room G-255, North Lobby
Washington, D.C. 20002

Telephone: [202] 502-2800
Fax:        [202] 502-2888
http://www.jpml.uscourts.gov

June 13, 2002

FILED
IN CLERKS OFFICE
U.S. DISTRICT COURT E.D. N.Y.
★ JUN 18 2002 ★
P.M. _____
TIME A.M. _____

James M. Parkison, Clerk
Daniel Patrick Moynihan U.S. Courthouse
500 Pearl Street
New York, NY 10007

Re: MDL-1448 -- In re Air Crash at Belle Harbor, New York, on November 12, 2001

(See Attached Schedule CTO-2)

Dear Mr. Parkison:

I am enclosing one certified copy and additional copies of a conditional transfer order filed by the Panel in the actions listed on the attached schedule on <u>May 28, 2002</u>. The Panel's governing statute, 28 U.S.C. §1407, requires that the transferee clerk "...transmit a certified copy of the Panel's order to transfer to the clerk of the district court from which the action is being transferred." As stipulated in Rule 7.4(c) of the <u>Rules of Procedure of the Judicial Panel on Multidistrict Litigation</u>, 199 F.R.D. 425, 435 (2001), execution of the order has been stayed 15 days to give any party an opportunity to oppose the transfer if they wish to do so. The 15-day period has now elapsed, no opposition was received, and the order is directed to you for filing.

A list of involved counsel is attached.

Very truly,

Michael J. Beck
Clerk of the Panel

By _____
Deputy Clerk

Attachments

cc:   Transferee Judge:    Hon. Robert W. Sweet
      Transferor Judges:   (See Attached List of Judges)
      Transferor Clerk:    (See Attached List of Clerks)

JPML Form 38

JUDICIAL PANEL ON
MULTIDISTRICT LITIGATION

MAY 2 8 2002

FILED
CLERK'S OFFICE

DOCKET NO. 1448

BEFORE THE JUDICIAL PANEL ON MULTIDISTRICT LITIGATION

IN RE AIR CRASH AT BELLE HARBOR, NEW YORK, ON NOVEMBER 12, 2001

(SEE ATTACHED SCHEDULE)

CONDITIONAL TRANSFER ORDER (CTO-2)

On April 22, 2002, the Panel transferred 28 civil actions to the United States District Court for the Southern District of New York for coordinated or consolidated pretrial proceedings pursuant to 28 U.S.C. § 1407. With the consent of that court, all such actions have been assigned to the Honorable Robert W. Sweet.

It appears that the actions on this conditional transfer order involve questions of fact which are common to the actions previously transferred to the Southern District of New York and assigned to Judge Sweet.

Pursuant to Rule 7.4 of the Rules of Procedure of the Judicial Panel on Multidistrict Litigation, 199 F.R.D. 425, 435-36 (2001), these actions are transferred under 28 U.S.C. § 1407 to the Southern District of New York for the reasons stated in the order of April 22, 2002, ____ F. Supp.2d____, (J.P.M.L. 2002), and, with the consent of that court, assigned to the Honorable Robert W. Sweet.

This order does not become effective until it is filed in the Office of the Clerk of the United States District Court for the Southern District of New York. The transmittal of this order to said Clerk shall be stayed fifteen (15) days from the entry thereof and if any party files a notice of opposition with the Clerk of the Panel within this fifteen (15) day period, the stay will be continued until further order of the Panel.

Inasmuch as no objection is
pending at this time, the
stay is lifted.

JUN 1 3 2002

CLERK'S OFFICE
JUDICIAL PANEL ON
MULTIDISTRICT LITIGATION

FOR THE PANEL:

Michael J. Beck
Clerk of the Panel

## SCHEDULE CTO-2 - TAG ALONG CASES
## DOCKET NO. 1448
## IN RE AIR CRASH AT BELLE HARBOR, NEW YORK, ON NOVEMBER 12, 2001

DISTRICT  DIV.  CIVIL ACTION#

**CALIFORNIA CENTRAL**
| | | | |
|---|---|---|---|
| CAC | 2 | 02-2328 | Shu-Fei Huang, et al. v. American Airlines, Inc., et al. |

**FLORIDA SOUTHERN**
| | | | |
|---|---|---|---|
| FLS | 1 | 02-20775 | Altagracia G. De Las Rosa, etc. v. American Airlines, Inc., et al. |

**NEW YORK EASTERN**
| | | | |
|---|---|---|---|
| NYE | 1 | 02-1140 | Ylsa Despradel, et al. v. American Airlines, Inc., et al. |
| NYE | 1 | 02-1281 | Confesora Mota, etc. v. American Airlines, Inc., et al. |
| NYE | 1 | 02-1288 | Rut Medrano, et al. v. American Airlines, Inc., et al. |
| NYE | 1 | 02-1301 | Elsa Alcantara Siri, etc. v. American Airlines, Inc., et al. |
| NYE | 1 | 02-1483 | Albania Felix Veloz, etc. v. American Airlines, Inc., et al. |
| NYE | 1 | 02-1487 | Maria De La Cruz, etc. v. American Airlines, Inc., et al. |
| NYE | 1 | 02-1502 | Patricia Encarnacion Feliz, etc. v. American Airlines, Inc., et al. |
| NYE | 1 | 02-1593 | Robinson Marte, etc. v. American Airlines, Inc., et al. |
| NYE | 1 | 02-1651 | Diogenes A. Rodriguez, etc. v. American Airlines, Inc., et al. |
| NYE | 1 | 02-1652 | Buenaventura Madera De Guillermo, etc. v. American Airlines, Inc., et al. |
| NYE | 1 | 02-1653 | Angela Fabre, etc. v. American Airlines, Inc., et al. |
| NYE | 1 | 02-1656 | Catalina Quinonez, etc. v. American Airlines, Inc., et al. |
| NYE | 1 | 02-1657 | Katy Batista, etc. v. American Airlines, Inc., et al. |
| NYE | 1 | 02-1782 | Lowys Francisco Guzman, etc. v. American Airlines, Inc., et al. |
| NYE | 1 | 02-2152 | Juan Ramirez, et al. v. American Airlines, Inc., et al. |
| NYE | 1 | 02-2155 | Altagracia De Estrella, etc. v. American Airlines, Inc., et al. |
| NYE | 1 | 02-2673 | Eleanor G. Dutcher v. American Airlines, Inc., et al. |
| NYE | 1 | 02-2674 | James Bulloch, et al. v. American Airlines, Inc., et al. |

**PUERTO RICO**
| | | | |
|---|---|---|---|
| PR | 3 | 02-1219 | Faustina Hernandez, et al. v. American Airlines, Inc. |
| PR | 3 | 02-1257 | Vicente Hunt, etc. v. American Airlines, Inc., et al. |

**TEXAS NORTHERN**
| | | | |
|---|---|---|---|
| TXN | 3 | 02-260 | Wigberto Prospero, etc. v. American Airlines, Inc. |
| TXN | 3 | 02-274 | Rafael Anibal Soto, etc. v. American Airlines, Inc., et al. |
| TXN | 3 | 02-275 | Alba E. Baez, etc. v. American Airlines, Inc., et al. |
| TXN | 3 | 02-276 | Aura L. Reyes, etc. v. American Airlines, Inc., et al. |
| TXN | 3 | 02-277 | Amantina Mora, etc. v. American Airlines, Inc., et al. |
| TXN | 3 | 02-278 | Cirilio Galba, et al. v. American Airlines, Inc., et al. |
| TXN | 3 | 02-285 | Rosario Maria Baez Martinez, etc. v. American Airlines, Inc. |
| TXN | 3 | 02-290 | Margarito Almanzar, etc v. American Airlines, Inc., et al. |
| TXN | 3 | 02-466 | Juana Maria Rodriguez Spinal v. American Airlines, Inc. |
| TXN | 3 | 02-478 | Karen Taverez, et al. v. American Airlines, Inc. |
| TXN | 3 | 02-607 | Olga Nmi Garcia, etc. v. American Airlines, Inc. |
| TXN | 3 | 02-752 | Daniela Vega Medrano v. American Airlines, Inc. |
| TXN | 3 | 02-753 | Maria Antonia Fernandez v. American Airlines, Inc. |
| TXN | 3 | 02-754 | Norma Patricia Camacho Rodriguez, etc. v. American Airlines, Inc. |
| TXN | 3 | 02-755 | Valentina Henriquez Digna v. American Airlines, Inc. |
| TXN | 3 | 02-792 | Epifanio Flores, et al. v. American Airlines, Inc. |
| TXN | 3 | 02-793 | Rafael Hernandez, et al. v. American Airlines, Inc. |
| TXN | 3 | 02-794 | Jose Manuel Aquino, et al. v. American Airlines, Inc. |
| TXN | 3 | 02-805 | Leonete De La Cruz Ovalles, et al. v. American Airlines, Inc. |
| TXN | 3 | 02-814 | Carmen Guerrero, et al. v. American Airlines, Inc. |
| TXN | 3 | 02-1035 | Yanet Dishmey Rosario De George v. American Airlines, Inc. |

# INVOLVED COUNSEL LIST (CTO-2)
## DOCKET NO. 1448
### IN RE AIR CRASH AT BELLE HARBOR, NEW YORK, ON NOVEMBER 12, 2001

Christopher L. Barnes
Thompson & Knight
1700 Pacific Avenue, Suite 3300
Dallas, TX 75201

Desmond T. Barry, Jr.
Condon & Forsyth, LLP
685 Third Avenue, 14th Floor
New York, NY 10017

Luis P. Bartolomei
Law Office of Luis P. Bartolomei
4245 N. Central Expressway
6th Floor
Dallas, TX 75205

Steven H. Blatt
1010 Franklin Avenue
Garden City, NY 11004

Christopher Carlsen
Condon & Forsyth, LLP
685 Third Avenue
14th Floor
New York, NY 10017

Frank P. Daly, Jr.
Daly, Dalton & Schermerhorn, P.C.
111 John Street
Suite 705
New York, NY 10007

Thad T. Dameris
Vinson & Elkins
2300 First City Tower
1001 Fannin Street
Houston, TX 77002

Ramon E. Davila-Carlos
Bauza & Davila
63 Fortaleza Street
Old San Juan, PR 00901

Charles M. Finkel
Magana, Cathcart & McCarthy
1801 Avenue of the Stars
Suite 810
Los Angeles, CA 90067

Oliver Furtax
Airbus Industrie G.I.E. Legal Dept.
1 Rond Point Maurice Bellonte
31707 Blagnac Cedex
France

Ervin A. Gonzalez
Colson Hicks Eidson
255 Aragon Avenue, 2nd Floor
Coral Gables, FL 33134

Ismael Gonzalez
Ismael Gonzalez, P.C.
53 West 36th Street
Suite 605
New York, NY 10018

John Howie
Howie & Sweeney, L.L.P.
2911 Turtle Creek Blvd.
Suite 1400
Dallas, TX 75219

Jorge M. Izquierdo San Miguel
Izquierdo, Stella & Izquierdo San Miguel
PMB 180
Calle San Justo 202A
San Juan, PR 00901

Lyndall M. Lambert
Holland & Knight, LLP
701 Brickell Avenue, 30th Floor
PO Box 015441
Miami, FL 33101

Andrew Libo
Gersowitz, Libo & Korek, P.C.
111 Broadway
12th Floor
New York, NY 10006

Mark J. Manus
Lipsig, Shapey, Manus & Moverman, P.C.
40 Fulton Street
25th Floor
New York, NY 10038

Paul A. Marber
Schneider, Kleinick, Weitz, Damashek & Shoot
Woolworth Building
233 Broadway
New York, NY 10279

John H. Martin
Thompson & Knight, P.C.
3300 First City Center
1700 Pacific Avenue
Dallas, TX 75201

INVOLVED COUNSEL FOR SCHEDULE CTO-2 (Cont.) MDL-1448                                    PAGE 2

Alex Miller
Watts & Heard, LLP
7550 IH-10 West, 14th Floor
San Antonio, TX 78229

James Michael Moore
Guerra & Moore
4201 North McColl Road
McAllen, TX 78504

Donald J. Nolan
Nolan Law Group
20 North Clark Street
30th Floor
Chicago, IL 60602

Andres C. Pereira
Fleming & Associates
1330 Post Oak Boulevard
Suite 3030
Houston, TX 77056

Maxwell S. Pfeifer
714 East 241st Street
Bronx, NY 10470

Angel L. Reyes
Heygood Orr & Reyes
4245 North Central Expwy
6th Floor
Dallas, TX 75205

Blanca I. Rodriguez
Kreindler & Kreindler
100 Park Avenue
18th Floor
New York, NY 10017

Ladd Sanger
Howie & Sweeney, L.L.P.
2911 Turtle Creek Blvd.
Suite 1400
Dallas, TX 75219

Richard F. Schaden
Schaden, Heldman & Lampert
1731 Emerson Street
Denver, CO 80218

Michael L. Slack
Slack & Davis
8911 Capital of Texas Highway, North
Building Two, Suite 2110
Austin, TX 78759

Daniel J. Smith
Law Office of Daniel J. Smith
214 S.W. 14th Street
Grand Prairie, TX 75051

Jacques E. Soiret
Kirtland & Packard, LLP
1900 Avenue of the Stars
Los Angeles, CA 90067

Cesar H. Soto-Cintron
P.O. Box 10723
San Juan, PR 00922

Rudy Velez
Guzman & Velez
888 Grand Concourse, Suite 1H
Bronx, NY 10451

Raphael Weitzman
Weitzman Law Offices, L.L.C.
67 Wall Street
Floor 22
New York, NY 10005

Harvey Winer
Salzman, Ingber & Winer
325 Broadway
Suite 303
New York, NY 10007

# INVOLVED JUDGES LIST (CTO-2)
## DOCKET NO. 1448
## IN RE AIR CRASH AT BELLE HARBOR, NEW YORK, ON NOVEMBER 12, 2001

Hon. Lourdes G. Baird
U.S. District Judge
Edward R. Roybal Federal Building
& Courthouse
255 East Temple Street
Los Angeles, CA 90012

Hon. Jerry Buchmeyer
U.S. District Judge
15D28A Earle Cabell Federal Bldg.
& U.S. Courthouse
1100 Commerce Street
Dallas, TX 75242

Hon. A. Joe Fish
Chief Judge, U.S. District Court
15D6L Earle Cabell Federal Bldg.
& U.S. Courthouse
1100 Commerce Street
Dallas, TX 75242

Hon. Sidney A. Fitzwater
U.S. District Judge
15A3A Earle Cabell Federal Bldg.
& U.S. Courthouse
1100 Commerce Street
Dallas, TX 75242

Hon. Shelby Highsmith
Senior U.S. District Judge
James Lawrence King Federal
Justice Building
99 Northeast Fourth Street
Miami, FL 33132

Hon. Sterling Johnson, Jr.
U.S. District Judge
U.S. Courthouse
225 Cadman Plaza East
Brooklyn, NY 11201

Hon. Hector M. Laffitte
Chief Judge, U.S. District Court
Clemente Ruiz Nazario U.S. Courthouse
Room Ch-142
150 Carlos Chardon Avenue
San Juan, PR 00918

Hon. Sam A. Lindsay
U.S. District Judge
Earle Cabell Federal Bldg.
& U.S. Courthouse
1100 Commerce Street
Dallas, TX 75242

Hon. Barbara M.G. Lynn
U.S. District Judge
15E26 Earle Cabell Federal Building
& U. S. Courthouse
1100 Commerce Street
Dallas, TX 75242

Hon. Jaime Pieras, Jr.
Senior U.S. District Judge
Jose V. Toledo Courthouse
& P.O. Building
300 Recinto Sur Street, Suite 353
San Juan, PR 00901

**INVOLVED CLERKS LIST (CTO-2)**
**DOCKET NO. 1448**
**IN RE AIR CRASH AT BELLE HARBOR, NEW YORK, ON NOVEMBER 12, 2001**

Clarence Maddox, Clerk
Federal Courthouse Square
301 North Miami Avenue
Miami, FL 33128

Frances Rios de Moran, Clerk
150 Federico Degetau Federal Building
150 Carlos Chardon Avenue
Hato Rey, PR 00918

Karen S. Mitchell, Clerk
14A20 Earle Cabell Federal
Bldg. & U.S. Courthouse
1100 Commerce Street
Dallas, TX 75242

Robert C. Heinemann, Clerk
United States Courthouse
225 Cadman Plaza East
Brooklyn, NY 11201

Sherri R. Carter, Clerk
G-8 U.S. Courthouse
312 North Spring Street
Los Angeles, CA 90012